Matthew Righetti, (State Bar No. 121012)
matt@righettilaw.com
John Glugoski, (State Bar No. 191551)
jglugoski@righettilaw.com
Michael Righetti, (SBN 258541)
mike@righettilaw.com
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Telefax: (415) 397-9005

Charles H. Horn, (State Bar No 63362)
Charles.Horn@leclairryan.com
Joanne Madden, (State Bar No 209095)
Joanne.Madden@leclairryan.com
LECLAIRRYAN, LLP
44 Montgomery Street, Suite 3100
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendants
PROPARK AMERICA WEST, LLC;
JOHN STEELE; MICHAEL HEWITT;
and RYAN DREISBACH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SADINO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROPARK AMERICA WEST, LLC; JOHN STEELE; MICHAEL HEWITT; RYAN DREISBACH; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06018-JST<br><br>*Assigned to Hon. Jon S. Tigar*<br><br>**CLASS ACTION**<br><br>**JOINT REQUEST TO EXTEND ADR DEADLINE**<br><br>Complaint Filed:  July 18, 2017<br>FAC Filed:  August 28, 2017 |

Plaintiff Aaron Sadino ("Plaintiff") and Defendants ProPark America West, LLC, John Steele, Michael Hewitt, and Ryan Dreisbach (collectively, "Defendants"), hereby submit this Joint Request to Extend the Deadline to Submit an ADR Certificate and Stipulation to ADR Process until after the Court rules on the Motion to Remand.

The parties are amenable to mediating the matter. Whether a court or private mediator is agreed upon would depend on if the matter remains in federal court. Further, the parties are in the process of determining what discovery is necessary before mediation can take place, and whether an informal exchange to facilitate an early resolution is possible.

Accordingly, the parties jointly request that the Court extend the deadline to Submit an ADR Certificate and Stipulation to ADR Process until 30 days after the Court rules on the Motion to Remand.

DATED: March 19, 2018        RIGHETTI GLUGOWSKI, P.C.

                             By: /s/ Michael Righetti
                                 Michael Righetti
                                 Attorneys for Plaintiff
                                 Aaron Sadino

DATED: March 19, 2018        LECLAIRRYAN, LLP

                             By: /s/ Joanne Madden
                                 Charles H. Horn
                                 Joanne Madden
                                 Attorneys for Defendant,
                                 PROPARK AMERICA WEST, LLC;
                                 JOHN STEELE; MICHAEL HEWITT;
                                 and RYAN DREISBACH



IT IS SO ORDERED
Judge Jon S. Tigar

**ATTESTATION OF E-FILED SIGNATURES**

I, Joanne Madden, am the ECF user whose ID and password are being used to file this Joint Request to Extend ADR Deadline. In compliance with Civil Local Rule 5-1, I hereby attest that Michael Righetti has concurred in this filing.

DATED: March 19, 2018

By: /s/ Joanne Madden
      JOANNE MADDEN